UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM HERCULES DAVIS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> WAYNE GOODWIN, K. SHOTWELL, CHIEF OF POLICE TAYLOR, CHRISTOPHER DUNNAGAN, TROOPER D. ENNIS, JUDGE WALTER MILLS, PAUL KRINCHAL, EVERNS KISTLER, CRYSTAL BECK, MICHAEL D. BROADWELL, B. ZMUDA, ERIC JONES, BRYAN DIXON, BRINKLY JUDGE ANDREW WIGMORE, CLERKS, DEPUTY CLERKS, ASSISTANT DISTRICT ATTORNEYS, UNKNOWN OTHERS; <br><br> Defendants. | **JUDGMENT** <br> **CASE NO. 4:24-CV-161-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon de novo review of the M&R and the record presented, and finding no error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's objections to the M&R are OVERRULED, and Plaintiffs claims in this matter are DISMISSED. The Clerk of the Court is directed to close this case.

This Judgment filed and entered on November 7, 2025, and copies to:
William Hercules Davis, Jr. (via CM/ECF Electronic Notification)

November 7, 2025

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk